Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



STEVEN J. BAUM, P.C.
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

February 24, 2010

Joshua N. Bleichman, Esq.
Bleichman & Klein
268 Route 59
Spring Valley, NY 10977

Re: Stephen C. Gruenebaum
Case No. 10-22062

Dear Joshua N. Bleichman, Esq.:

Our office represents Wells Fargo Bank, NA in the above-mentioned matter. We are in receipt of the Debtor's loss mitigation request. Please be advised that the loss mitigation contact for Wells Fargo Bank, NA is:

Linda Her
3476 Stateview Blvd
Fort Mill, SC 29715
E-mail: Linda.Her2@wellsfargo.com

Wells Fargo Bank, NA has advised our office that in order to review for any loss mitigation options they will need the following:

- One month's worth of pay stubs
- Submission of a hardship letter
- Enclosed financial worksheet

Please have your clients complete the enclosed forms and return via facsimile along with the required documents to our office at 716-204-3010 in order for us to forward to our client.

If you have any questions, please feel free to call.

Very truly yours,

STEVEN J. BAUM, P.C.

By: Marc D. Hess, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

cc:
Stephen C. Gruenebaum



FINANCIAL WORKSHEET

Date: _____                Loan Number: _____

Mortgagor Name: _____

Co-mortgagor Name: _____

===============================================================================

*** VERIFY AND/OR UPDATE INFORMATION LISTED BELOW IN ITEMS A - F ***

A.) VERIFY HOW MANY INDIVIDUALS LIVE IN YOUR HOME:

B.) VERIFY CURRENT MONTHLY INCOME:

    BORROWER INCOME    $_____
    CO-BORROWER INCOME: $_____
    OTHER INCOME:    $_____
    *(example(s): Commission/Disability/Social Security/Child Support/Alimony/ Rental Property/Rent from Roommate)*

C.) VERIFY CURRENT MONTHLY EXPENSES:

1) Existing Mortgage Payment    $_____
2) Other Mortgage Loans    $_____
3) Installment/Car/Boat/RV/Loans:    $_____
4) Credit Cards (examples below)
   Visa/MC/Discover or Store    $_____
5) Lines of Credit (example below)
   credit line/home equity line    $_____
6) Charge Off Accounts:
   (accounts written off by lender)    $_____
7) Other credit accounts    $_____
8) Credit Accounts that are past due    $_____
   for more than 5 months
9) Food    $_____
10) Utilities    $_____
11) Transportation    $_____
12) Child Care/Alimony    $_____
13) Personal/Family Loan &/or Tuition    $_____
14) Medical expenses not covered by insur    $_____
15) Cell Phone/Cable/Internet/Satellite    $_____
16) Association Fees or Monthly Dues    $_____
17) Dry Cleaning/Laundry:Uniforms/Clothing    $_____



## FINANCIAL WORKSHEET

D.) VERIFY CURRENT ASSETS:

Estimated Value(s):
$_____

1) Home $_____
2) Other Real Estate (explain) $_____
3) Automobile $_____
3) Automobile $_____
4) Automobile $_____
5) 401k/ESOP Accounts $_____
6) Stocks/Bonds/CD's $_____
7) Other Investment (explain) $_____

E.) VERIFY PHONE NUMBERS:

| HOME | WORK | CELL/OTHER PHONE |
|------|------|------------------|
| _____ | _____ | _____ |

F.) VERIFY MAILING ADDRESS: *(disregard if same as property)*

_____

G.) Please describe your reason for needing assistance:
   *(If you need additional space, please use the back of this form.)*

_____
_____
_____

\* After verifying please sign, date and return including proof of income

I/We certify the financial information stated above is true, and is an accurate statement of my/our financial condition. I/We understand and acknowledge any action taken by the lender of my/our mortgage loan on my/our behalf will be made in strict reliance on the financial information provided. My/Our signature(s) below grants the holder of my/our mortgage the authority to obtain a credit report to verify the information in this financial worksheet to be accurate.

By_____ Date_____    By_____ Date_____