Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228



**STEVEN J. BAUM, P.C.**
**ATTORNEYS AT LAW**

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service

Web Site
WWW.MBAUM.COM

June 22, 2010

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, NY 10601

Re:         Stephen C. Gruenebaum
Case No.    10-22062-rdd

Dear Hon. Robert D. Drain:

    Please allow this letter to serve as a request for the termination of the loss mitigation period and as a written status report, submitted on behalf of Wells Fargo Bank, N.A. (the "Secured Creditor") pursuant to section VII(C) of the Southern District of New York Loss Mitigation Program Procedures.

    On February 25, 2010, Secured Creditor provided written notice to the Debtor of loss mitigation contact information for the Secured Creditor, as well as a request for the financial paperwork required for loss mitigation review.

    Upon information and belief, the requested financial paperwork has not been received by Secured Creditor or this office.   Pursuant to the Loss Mitigation Order, the Debtor must reply to an information request within 14 days.   Accordingly, the Debtor is not in compliance with the terms of the Loss Mitigation Order.

    In light of the foregoing, it is respectfully requested that the loss mitigation period be terminated.   If you have any questions, please feel free to contact me directly at 716-650-2281.


                        Very truly yours,

                        STEVEN J. BAUM, P.C.

                        *Marc D. Hess*

                        By:    Marc D. Hess, Esq.

Cc:     Stephen C. Gruenebaum
        Joshua N. Bleichman, Esq.

The law firm of Steven J. Baum, P.C. and the attorneys whom it employs are debt collectors who are attempting to collect a debt. Any information obtained by them will be used for that purpose.   However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.